UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KELLY GUERRERO, )
                Plaintiff(s), )  Case No. 2:16-cv-01667-GMN-NJK
)
vs. ) ORDER
)
VINCENT NEIL WHARTON, )
                Defendant(s). )

      Plaintiff has filed at least one document identifying publicly Defendant's home address. *See* Docket No. 10-1. In doing so, Plaintiff's counsel violated Local Rule IC 6-1(a)(5), which requires home addresses to be redacted except for the city and state. Accordingly, the Court **INSTRUCTS** the Clerk's Office to seal Docket No. 10 (including the attached exhibits). The Court further **ORDERS** Plaintiff to re-file, no later than September 26, 2016, the brief at Docket No. 10 (and the attached exhibits) with the redactions required by Local Rule IC 6-1. **Future failure to comply with the redaction requirements in Local Rule IC 6-1 and Rule 5.2 of the Federal Rules of Civil Procedure may result in the imposition of sanctions.**

      IT IS SO ORDERED.

      DATED: September 22, 2016

                                        _____
                                        NANCY J. KOPPE
                                        United States Magistrate Judge