# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GUERRERO, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> VINCENT NEIL WHARTON, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Case No.: 2:16-cv-01667-GMN-NJK <br><br> **ORDER** |

Pending before the Court is the Motion to Dismiss, (ECF No. 17), filed by Defendant Vincent Neil Wharton ("Defendant"). For the reasons discussed below, the Court **DENIES as moot** Defendant's Motion to Dismiss.

# I. BACKGROUND

Plaintiff Kelly Guerrero ("Plaintiff") originally filed this lawsuit on July 14, 2016. (Compl., ECF No. 1). On October 25, 2016, Defendant filed a Motion to Dismiss Plaintiff's third cause of action for attorney's fees. (ECF No. 17). Plaintiff did not file a response, and the deadline to do so has passed. Instead, Plaintiff filed an Amended Complaint, (ECF No. 18), removing as a cause of action the claim for attorney's fees.

# II. DISCUSSION

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." D. Nev. R. 7-2(d). Although Plaintiff failed to respond to the Motion to Dismiss, Plaintiff filed her Amended Complaint and removed the cause of action that Defendant sought to dismiss. As such,

Plaintiff's Amended Complaint consents to Defendant's Motion to Dismiss, thereby rendering the Motion moot.

## III. CONCLUSION

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss, (ECF No. 17), is **DENIED as moot**.

**DATED** this __13__ day of April, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge