# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GUERRERO,<br>　　　　　Plaintiff(s),<br>v.<br>VINCENT NEIL WHARTON,<br>　　　　　Defendant(s). | Case No. 2:16-cv-01667-GMN-NJK<br>ORDER<br>(Docket No. 44) |

Pending before the Court is a joint interim status report, in which the parties indicate they are willing to engage in mediation. Docket No. 44. To the extent the parties are referencing private mediation, they shall engage in such mediation promptly and shall file a joint status report within 7 days of the completion of that mediation. To the extent the parties are referencing a settlement conference they would like to be held by the Court, they shall file a stipulation seeking a settlement conference that includes five dates on which all parties and attorneys are available to attend.

IT IS SO ORDERED.

DATED: January 4, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge