# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GUERRERO, | Case No. 2:16-cv-01667-GMN-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 65) |
| VINCENT NEIL WHARTON, | |
| Defendant(s). | |

When a litigant seeks an order sealing court filings, she must contemporaneously file a sealed version of the material and a motion to seal it. Local Rule IA 10-5(a) ("papers filed with the court under seal must be accompanied by a motion for leave to file those documents under seal"). The Court cannot determine whether the applicable standards have been met without being able to review the material. Plaintiff has filed a motion to seal, Docket No. 65, but has not filed the subject exhibits under seal and has instead filed place holders only, Docket Nos. 66-1, 66-3, and 66-4. Plaintiff is hereby **ORDERED** to file those exhibits under seal by February 14, 2018, and the Court will then evaluate whether the applicable standards have been met such that they may remain under seal. *See* Local Rule IA 10-5(a).

IT IS SO ORDERED.

DATED: February 9, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge