# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KELLY GUERRERO,

        Plaintiff(s),

v.

VINCENT NEIL WHARTON,

        Defendant(s).

Case No. 2:16-cv-01667-GMN-NJK

ORDER

Pending before the Court are two motions to seal. Docket No. 56, 65. Also pending before the Court is an order to show cause. Docket No. 59. The Court hereby **SETS** those matters for a telephonic hearing for 9:00 a.m. on March 14, 2018. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

As a threshold matter, the Court reminds the parties that "sealing" and "redacting" are different things. Sealing involves keeping an entire document shielded from the public; redacting involves placing a document on the public docket with discrete portions of that document blacked out. To the extent any confidential information can be easily redacted while leaving meaningful information available to the public, the Court must order that redacted versions be filed rather than sealing entire documents. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003); *see also In*

*re Roman Catholic Archbishop of Portland in Oregon*, 661 F.3d 417, 425 (9th Cir. 2011) (the district court must "keep in mind the possibility of redacting the sensitive material").

IT IS SO ORDERED.

DATED: March 9, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge