UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GUERRERO, | Case No.: 2:16-cv-01667-GMN-NJK |
|     Plaintiff(s), | **Order** |
| v. | [Docket Nos. 74, 77] |
| VINCENT NEIL WHARTON, | |
|     Defendant(s). | |

      Pending before the Court are two motions to seal exhibits filed with respect to a discovery dispute. Docket Nos. 74, 77; *see also* Docket Nos. 58, 68 (sealed documents). A response was not filed to either motion. Proposed redactions were filed with the motions. Docket Nos. 74-1, 74-2, 74-3, 74-5, 77-1, 77-2, 77-3. The Court may seal information filed in relation to a non-dispositive motion upon a particularized showing of good cause. *See, e.g.*, *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). In this case, the parties seek to keep secret redacted information related to medical issues, sexual history, and settlement discussions. Good cause exists to do so, and the motions are therefore **GRANTED**. The Clerk's Office is **INSTRUCTED** to continue maintaining under seal the exhibits at Docket Nos. 58 and 68.

      IT IS SO ORDERED.

      Dated: April 12, 2018

                               _____
                                 Nancy J. Koppe
                                 United States Magistrate Judge