# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GUERRERO, | ) |
| Plaintiff(s), | ) Case No. 2:16-cv-01667-GMN-NJK |
| v. | ) ORDER |
| VINCENT NEIL WHARTON, | ) |
| Defendant(s). | ) |

Pending before the Court is a motion to continue the settlement conference and excuse Plaintiff's lead counsel from attending. Docket No. 82. The Court hereby **SETS** that motion for a telephonic hearing for 9:00 a.m. on April 19, 2018. All attorneys who intend to participate in trial and both individual parties shall attend the hearing, and shall all have access to their calendars so that a mutually agreeable settlement conference date can be selected. Counsel and the parties shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: April 16, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge