Howard & Howard Attorneys PLLC
James A. Kohl, Nevada Bar No. 5692
jak@h2law.com
Robert Hernquist, Nevada Bar No. 10616
rwh@h2law.com
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483
Facsimile: (702) 567-1568

*Attorneys for Defendant Vince Neil*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELLY GUERRERO;<br><br>    Plaintiff,<br>vs.<br>VINCENT NEIL WHARTON;<br><br>    Defendant. | Case No. 2:16-cv-01667-GMN-NJK<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER REGARDING EXAMINATION AND DEPOSITION OF KELLY GUERRERO** |

Plaintiff Kelly Guerrero ("Plaintiff") and Defendant Vince Neil ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to continue the date for Ms. Guerrero to appear in Las Vegas Nevada for her continued examination and deposition as Ordered by the Court [ECF 72]. The parties make this request because they want to minimize the costs is this matter by having the deposition and exam on the same day. The parties were unable to find a date on which Ms. Guerrero, Mr. Lee, Mr. Kohl and Dr. Etcoff's could all do both items on one day within the 30 days Ordered by the Court. The parties have cleared April 26, 2018 on all four calendars but it is past the deadline Ordered by the Court. [ECF

72]. Accordingly the parties respectfully request that the Court extend the date for the continued exam and deposition of Ms. Guerrero up to and through April 27, 2018.

Dated this 13th day of April, 2018.                Dated this 13th day of April, 2018.

Howard & Howard Attorneys PLLC                    Legal Offices of James J. Lee

/s/ James A. Kohl                                  /s/ James J. Lee
James Kohl, Nevada Bar No. 5692                   James J. Lee, Nevada Bar No. 1909
Robert Hernquist                                   2620 Regatta Drive #102
3800 Howard Hughes Pkwy., Suite 1000              Las Vegas, NV 89128
Las Vegas, NV 89169                                *Attorneys for Plaintiff*
*Attorneys for Defendant*

IT IS SO ORDERED Dated: April  16th , 2018

_____
United States Magistrate Judge