# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GUERRERO, | Case No.: 2:16-cv-01667-GMN-NJK |
| Plaintiff(s), | **NOTICE** |
| v. | |
| VINCENT NEIL WHARTON, | |
| Defendant(s). | |

Orders are not suggestions or recommendations, they are directives with which compliance is mandatory. *See, e.g.*, *Gfeller v. Doyne Med. Clinic, Inc.*, 2015 WL 5210392, at *8 (D. Nev. Sept. 3, 2015) (citing *Chapman v. Pacific Tel & Tel. Co.*, 613 F.2d 193, 197 (9th Cir. 1979) and *Weddell v. Stewart*, 291 P.3d 1080, 1085 & n.9 (Nev. 2011)). The Court issued an order requiring that "[a]ll attorneys who intend to participate in trial and both individual parties shall attend the [telephonic] hearing" on the motion to continue the settlement conference and to excuse Plaintiff's lead counsel from attending the settlement conference. Docket No. 84.[1] Despite the crystal clear order, lead counsel for Plaintiff did not appear and Defendant did not appear. No reasonable justification was provided for those violations of the Court's order.

---

[1] As stated on the record, the Court denied the motion to excuse Plaintiff's lead from attending the settlement conference. The Court granted in part the motion to continue the settlement conference in that the current settlement conference date is vacated, but the parties are required to file a stipulation with five dates on which all required settlement conference participants (including Mr. Scruggs) are available to attend that settlement conference in person. The stipulation must be filed no later than April 23, 2018.

1

The Court hereby **CAUTIONS** all counsel of record and both parties that they are expected moving forward to strictly comply with all orders and all applicable rules. *See, e.g.*, Fed. R. Civ. P. 16(f). Future violations may result in significant sanctions, <u>up to and including case-dispositive sanctions and the initiation of contempt proceedings</u>.

IT IS SO ORDERED.

Dated: April 19, 2018

_____
Nancy J. Koppe
United States Magistrate Judge