# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GUERRERO,<br>    Plaintiff(s),<br>v.<br>VINCENT NEIL WHARTON,<br>    Defendant(s). | Case No. 2:16-cv-01667-GMN-NJK<br><br>ORDER |

  Pending before the Court is a stipulation to set a new date for the settlement conference, Docket No. 93, which is **GRANTED**. The Court **SETS** a settlement conference to commence at **9:30 a.m. on October 3, 2018**. In light of the lengthy continuance, no changes to this time and date will be allowed. Settlement conference statements shall be submitted by September 26, 2018. All other requirements outlined at Docket No. 80 continue to govern. **Failure to appear as ordered or to comply with the requirements in the order at Docket No. 80 may result in significant sanctions, up to and including case-dispositive sanctions.** *See, e.g.*, Docket No. 88.

  IT IS SO ORDERED.

  DATED: April 24, 2018

                _____
                Nancy J. Koppe
                United States Magistrate Judge