# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KELLY GUERRERO,

    Plaintiff(s),

v.

VINCENT NEIL WHARTON,

    Defendant(s).

Case No.: 2:16-cv-01667-GMN-NJK

**Order**

[Docket No. 95]

Pending before the Court is a stipulation to extend the deadline to file the joint proposed pretrial order. Docket No. 95. In light of the pending motion for summary judgment, Docket No. 78, that deadline has already been suspended, *see* Local Rule 26-1(b)(5). Accordingly, the stipulation is **DENIED** as moot.

IT IS SO ORDERED.

Dated: April 24, 2018

Nancy J. Koppe
United States Magistrate Judge