# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KELLY GUERRERO,

    Plaintiff(s),

v.

VINCENT NEIL WHARTON,

    Defendant(s).

Case No.: 2:16-cv-01667-GMN-NJK

**Order**

[Docket Nos. 101, 103, 104]

    Pending before the Court is a motion to withdraw as Defendant's attorneys. Docket No. 101. No response has been filed. The Court hereby **SETS** a hearing on the motion for 9:30 a.m. on January 16, 2019, in Courtroom 3A. In addition to withdrawing counsel, Defendant himself must appear personally at the hearing. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.** Withdrawing counsel shall serve a copy of this order on Defendant, and shall file a proof of service by January 4, 2019.

    Also pending before the Court are motions to perfect and foreclose on an attorney lien. Docket Nos. 103, 104. Those motions are hereby **DENIED** without prejudice to their refiling if appropriate following a decision on the motion to withdraw.

    IT IS SO ORDERED.

    Dated: January 2, 2019

                                                                 Nancy J. Koppe
                                                                 United States Magistrate Judge