# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KELLY GUERRERO,

    Plaintiff(s),

v.

VINCENT NEIL WHARTON,

    Defendant(s).

Case No.: 2:16-cv-01667-GMN-NJK

**Order**

[Docket No. 101]

Pending before the Court is a motion to withdraw as Defendant's attorney. Docket No. 101. Defendant has already retained another attorney to represent him in this matter. *See* Docket No. 111 at 27. As such, the motion to withdraw as attorney is hereby **GRANTED**, and the hearing set on that motion is **VACATED**.

Mr. Kohl shall provide notice of this order to Mr. Holper, and shall file a certificate of service to that effect by January 16, 2019. Moreover, the Clerk's Office is **INSTRUCTED** to distribute this order to the current case participants, and to also send a copy of this order to: Scottholperlaw@gmail.com. Mr. Holper shall file a notice of appearance by January 22, 2019.

IT IS SO ORDERED.

Dated: January 15, 2019

                                                Nancy J. Koppe
                                                United States Magistrate Judge

1