# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KELLY GUERRERO,

    Plaintiff(s),

v.

VINCENT NEIL WHARTON,

    Defendant(s).

Case No.: 2:16-cv-01667-GMN-NJK

**Order**

The Court ordered Defendant's new attorney, Scott Holper, to file a notice of appearance by January 22, 2019. Docket No. 113. The Court received a telephone call from Mr. Holper that he is currently unable to make electronic filings in this Court pending his reinstatement.[1] Given the circumstances, the Court **EXTENDS** the deadline for Mr. Holper to file his notice of appearance to February 5, 2019. The Clerk's Office is **INSTRUCTED** to distribute this order to the current case participants, and to also send a copy of this order to: Scottholperlaw@gmail.com.

IT IS SO ORDERED.

Dated: January 22, 2019

Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court does not generally accept telephone calls from counsel in chambers. The Court is doing so in this instance as a one-time courtesy. To the extent Mr. Holper needs further relief while he is unable to file documents with the Court, he must ensure that opposing counsel is also on the line. In the event Mr. Holper becomes able to file documents with the Court, telephone calls to chambers will not be permitted absent extraordinary circumstances.

1