# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KELLY GUERRERO,

    Plaintiff(s),

v.

VINCENT NEIL WHARTON,

    Defendant(s).

Case No.: 2:16-cv-01667-GMN-NJK

**Order**

[Docket No. 116]

Pending before the Court is Howard & Howard's motion to foreclose an attorney lien on Defendant in the amount of $187,364.01. Docket No. 116. Shortly after that motion was filed, new counsel filed a notice of appearance on behalf of Defendant. Docket No. 117. Nonetheless, Defendant has not responded to the instant motion through this new counsel. The Court hereby **ORDERS** Defendant to file, by April 19, 2019, either a response in opposition to the motion or a notice of non-opposition to the granting of the motion.

IT IS SO ORDERED.

Dated: April 12, 2019

                                                          _____

                                                          Nancy J. Koppe
United States Magistrate Judge