1
2
3
4
5
6
7
8
9   **UNITED STATES DISTRICT COURT**
10          **DISTRICT OF NEVADA**

11  KELLY GUERRERO,
12          Plaintiff(s),          Case No.: 2:16-cv-01667-GMN-NJK
13  v.                                          **Order**
                                          [Docket No. 128]
14  VINCENT NEIL WHARTON,
15          Defendant(s).

16      Defendant filed a demand for prior discovery.  Docket No. 128.  Discovery-related

17  documents should not be filed unless ordered by the Court.  *See* Local Rule 26-8; *see also* Fed. R.

18  Civ. P. 5(d)(1).  No such order has been entered in this case.  Accordingly, the Court **STRIKES**

19  the above referenced-document, and instructs the parties to refrain from filing discovery

20  documents on the docket in the future absent a Court order that they do so.

21      IT IS SO ORDERED.

22      Dated: June 28, 2019

23                                          _____
24                                          Nancy J. Koppe
                                          United States Magistrate Judge
25
26
27
28