# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

KELLY GUERRERO,

        Plaintiff,

v.

VINCENT NEIL WHARTON,

        Defendant.

Attorney Fees

JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-01667-GMN-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered. The Court awards Mr. Kohl $148,962.50 for fees and $21,207.06 for costs.

July 2, 2019
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk