# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KELLY GUERRERO,

    Plaintiff(s),

v.

VINCENT NEIL WHARTON,

    Defendant(s).

Case No.: 2:16-cv-01667-GMN-NJK

**ORDER**

[Docket No. 127]

Pending before the Court is a motion for an order requiring the law firm of Howard & Howard to produce Defendant's case file to his new counsel. Docket No. 127. The proof of service attests that the motion was served by electronic and United States mail to attorney James Kohl at Howard & Howard. *See id.* at 10. To date, Mr. Kohl has not filed a response to the motion.

The Court hereby **ORDERS** Mr. Kohl to file, by July 29, 2019, either a notice of non-opposition or a response in opposition to the motion. The Clerk's Office is **INSTRUCTED** to provide notice of this order to Mr. Kohl both through to his email address (jak@h2law.com) and by mailing it to his physical address as stated on the docket.

IT IS SO ORDERED.

Dated: July 19, 2019

                                              Nancy J. Koppe
                                              United States Magistrate Judge